

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00289-CR

JEFFERY PERKINS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Criminal Court No. 3
Denton County, Texas[1]
Trial Court No. CR-2016-08651-A, Honorable David D. Garcia, Presiding

September 13, 2018

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Pending before this Court is appellant Jeffery Perkins's motion to dismiss his appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, appellant and his attorney have signed the motion. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.

---

[1] By order of the Texas Supreme Court, this appeal was transferred to this Court from the Second Court of Appeals. See TEX. GOV'T CODE ANN. § 73.001 (West 2013).